UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HIMELDA MENDEZ, and on behalf of all
other persons similarly situated,

                    Plaintiff,

-against-                                       19 **CIVIL** 9858 (JPO)

## JUDGMENT

OUTBACK STEAKHOUSE OF FLORIDA, LLC,

                    Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 14, 2020, the Court granted Defendant's motion to dismiss on July 23, 2020. The Court instructed Plaintiff that if she wished to request leave to file a second amended complaint, she must do so on or before August 13, 2020. If she chose not to seek leave to amend, she was directed to so indicate in a letter filed by the same date. The Court instructed that if she filed nothing by August 13, 2020, the Court would enter final judgment and direct the Clerk of Court to close this case, permitting an appeal." As of the date of the Order, Plaintiff has not requested leave to file a second amended complaint. Nor has she filed a letter indicating her choice not to seek leave to amend. This case is therefore dismissed with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York

         August 17, 2020

                                                              **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                                    **BY:**

                                                                 **Deputy Clerk**